IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MOUNT HOLLY PARTNERS, LLC; ARES FUNDING, LLC; and MARC JENSON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AMDS HOLDINGS, LLC; MHU HOLDINGS, LLC; RICHARD D. FLINT; and STEVEN J. VUYOVICH,<br><br>　　　　　Defendants. | ORDER<br><br>Case No. 2:09-CV-428 TC |

　　　　Defendants AMDS Holdings, MHU Holdings, Richard D. Flint and Steven J. Vuyovich have filed an objection to Magistrate Judge Nuffer's memorandum decision and order (Docket No. 49) awarding them $3,515.53 in costs. That decision was made in accordance with the court's May 13, 2009 order, which granted the Plaintiffs a temporary restraining order and ordered that "if Plaintiffs do not prevail in obtaining a preliminary injunction, they must pay Defendants the costs of organizing a new sale for the property." (Docket No. 9.) The Plaintiffs did not prevail in obtaining a preliminary junction and the Defendants submitted a motion for attorney fees and costs, which was referred to Judge Nuffer. (Docket No. 35.)

　　　　The court has carefully reviewed the Defendants' objections to Judge Nuffer's order and the response filed by the Plaintiffs. The court finds that Judge Nuffer accurately interpreted the

court's May 13 order and applied the law.[1]  Accordingly, the court affirms and adopts the memorandum decision and order granting the Defendants $3,515.53 in costs.

SO ORDERED this 2nd day of October, 2009.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge

---

[1] Defendants raise new arguments that were not presented to Judge Nuffer as to why they are entitled to attorney's fees.  The court will not consider such arguments.